**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAIKA BLAIER,<br><br>               Plaintiff,<br>   vs.<br><br>DARRYL CUTTELL,<br><br>               Defendant. | **Case No: 2:23-cv-01694-ART-BNW**<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME TO SUBMIT PRO HAC VICE APPLICATIONS** |

Pursuant to LR 1A 6-1 and LR 1A 11-2, Plaintiff, TAIKA BLAIER and Defendant, DARRYL CUTTELL, by and through their respective counsel, stipulate and request the Court to extend the time for Counsel William B. Fecher to comply with the completion and filing of the Verified Petition and Designation of Local Counsel, for a period of three (3) weeks from today. The parties likewise respectfully stipulate that Counsel Alan J. Statman will also file a Verified Petition and Designation of Local Counsel, and will also need additional period of three (3) weeks

from today in which to do so.

Counsel William B. Fecher and Counsel Alan J. Statman have not been able to obtain the requisite certificates from the state bar of the states in which they have been admitted to practice law and expect to obtain said certificates within the requested time for extension.

This is the parties' first request for an extension of time to submit Counsel William B. Fecher's and Counsel Alan J. Statman's Pro Hac Vice applications. This request is made by the parties in good faith, to accommodate one another, and is not intended to delay the proceedings in this matter.

| Dated this 19th day of January, 2024 | Dated this 19th day of January, 2024 |
|---|---|
| LAW OFFICE OF HAYES & WELSH | LIPSON NEILSON PC |
| By: /s/ *James W. Hawkins*<br>MARTIN S. WELSH, ESQ.<br>Nevada Bar No. 8720<br>199 N. Arroyo Grande Blvd., Suite 200<br>Henderson, Nevada 89074<br><br>CARY ICHTER, ESQ. *(Pro Hac Vice)*<br>JAMES W. HAWKINS, ESQ. *(Pro Hac Vice)*<br>ICHTER DAVIS LLC<br>400 Interstate N. Parkway SE, Suite 860<br>Atlanta, Georgia 30339<br><br>*Attorneys for Plaintiff Taika Blaier* | By:  /s/ *Lisa J. Zastrow*<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>LISA J. ZASTROW, ESQ.<br>Nevada Bar No. 9727<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>WILLIAM B. FECHER, ESQ.<br>(*Pro Hac Vice* Forthcoming)<br>ALAN J. STATMAN, ESQ.<br>(*Pro Hac Vice* Forthcoming)<br>STATMAN HARRIS, LLC<br>35 East 7th Street, Suite 315<br>Cincinnati, Ohio 45202<br><br>*Attorneys for Defendant Darryl Cuttell* |

**ORDER**

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: January 23, 2024.