1  Martin L. Welsh, Esq.
   Nevada Bar No. 8720
2  **HAYES & WELSH**
3  199 N. Arroyo Grande Blvd.
   Suite 200
4  Henderson, Nevada 89074
   (702) 960-4006 (direct)
5  (702) 434-3444 (office)
   (702) 434-3739 (fax)
6  mwelsh@lvlaw.com

7  Cary Ichter, Esq.
   Georgia Bar No. 382515 (Admitted *Pro Hac Vice*)
8  James W. Hawkins, Esq.
   Georgia Bar No. 338767 (Admitted *Pro Hac Vice*)
9  **ICHTER DAVIS, LLC**
   400 Interstate North Pkwy SE, Suite 860
10 Atlanta, Georgia 30339
   Telephone: (404) 869-7600
11 cichter@ichterdavis.com
   jhawkins@ichterdavis.com
12
13 *Attorneys for Plaintiff Taika Blaier*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| TAIKA BLAIER, | Case No.: 2:23-CV-01694-ART-BNW |
|---|---|
| Plaintiff, | |
| v. | **DISCOVERY PLAN AND SCHEDULING ORDER**<br>**SPECIAL SCHEDULING REVIEW REQUESTED** |
| DARRYL CUTTELL, | |
| Defendant. | **Submitted in Compliance with LR 26-1(b)**<br><br>**[DEMAND FOR JURY TRIAL]** |

Under Fed. R. Civ. P. 26(f), Local Rule 26-1, the respective parties conducted a discovery-planning conference on January 25, 2024, and hereby submit to the court the following proposed Discovery Plan and Scheduling Order in compliance with LR 26-1(b).

| 1. Discovery Cut-Off Date: | **August 30, 2024**<br>[(180 days) from the date of Defendant's Answer of January 2, 2024] |
|---|---|

| | |
|---|---|
| 2. Amend the Pleadings and Adding Parties: | **April 1, 2024**<br>[90 days to close of discovery] |
| 3. Expert Disclosures: | **July 1, 2024**<br>[60 days before the discovery cut-off date] |
| 4. Rebuttal-Expert Disclosures: | **July 31, 2024**<br>[30 days after the initial disclosure of experts] |
| 5. Dispositive Motions Deadline | **September 30, 2024**<br>[30 days after the discovery cut-off date] |
| 6. Pretrial Order: | **October 31, 2024August 30, 2024**<br>[30 days after the dispositive motion deadline; if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order]] |

Additional time is necessary because (a) the parties explored the possibility of early and mediation, which took time, but determined that the above order should be submitted and (b) neither Plaintiff nor Defendant are residents of Nevada and additional time is necessary to proceed with discovery.

Fed. R. Civ. P. 26(a)(3). The disclosures required by this rule and any objections to them must be included in the joint pretrial order.  [*Unless the parties stipulate otherwise in this proposed discovery plan and scheduling order and the court so orders*.]

Alternative Dispute Resolution.  The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

Alternative Forms of Case Disposition.  The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

Electronic Evidence.  The parties certify that they discussed whether to present evidence

in electronic format to jurors for the purpose of jury deliberations. [*Applies only in cases in which a jury has been demanded.  If applicable, state any stipulations the parties reached regarding providing discovery in an electronic format compatible with the court's electronic jury evidence display system.*]

IT IS SO STIPULATED this 11th day of March, 2024.

| | |
|---|---|
| **ICHTER DAVIS, LLC** | **March NEILSON P.C.** |
| By: */s/Cary Ichter* <br> Cary Ichter (Admitted *Pro Hac Vice*) <br> Georgia Bar No. 382515 <br> James W. Hawkins (Admitted *Pro Hac Vice*) <br> Georgia Bar No. 338767 <br> 400 Interstate North Pkwy SE <br> Suite 860 <br> Atlanta, Georgia 30339 <br> Telephone: (404) 869-7600 <br> Fax: (404) 602-0037 <br> cichter@ichterdavis.com <br> jhawkins@ichterdavis.com | By: */s/ Lisa J. Zastrow* <br> Joseph P. Garin <br> Nevada Bar No. 6653 <br> Lisa J. Zastrow <br> Nevada Bar No. 9727 <br> Jonathan Wong <br> Nevada Bar No. 13621 <br> 9900 Covington Cross Drive <br> Suite 120 <br> Las Vegas, Nevada 89144 <br> Telephone: (702) 382-1500 <br> Fax: (702) 382-1512 <br> jgarin@lipsonneilson.com <br> lzastrow@lipsonneilson.com <br> jwong@lipsonneilson.com |
| -and- | -and- |
| **THE LAW OFFICES OF HAYES & WELSH** <br> Martin L. Welsh <br> Nevada Bar No. 8720 <br> 199 N. Arroyo Grande Blvd. <br> Suite 200 <br> Henderson, Nevada 89074 <br> (702) 960-4006 (direct) <br> (702) 434-3444 (office) <br> (702) 434-3739 (fax) <br> mwelsh@lvlaw.com | **STATMAN HARRIS, LLC** <br> Alan J. Statman (*Admitted Pro Hac Vice*) <br> Ohio Bar No. 0012045 <br> William B. Fecher (*Admitted Pro Hac Vice*) <br> Ohio Bar No. <br> 35 East 7th Street <br> Suite 315 <br> Cincinnati, Ohio 45202 <br> Telephone: (513) 587-4446 <br> ajstatman@stmanharris.com <br> wbfecher@statmanharris.com |
| *Attorneys for Plaintiff Taika Blaier* | *Attorneys for Defendant Darryl Cuttell* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/12/2024

4