Martin L. Welsh, Esq.
Nevada Bar No. 8720
**HAYES & WELSH**
199 N. Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
(702) 960-4006 (direct)
(702) 434-3444 (office)
(702) 434-3739 (fax)
mwelsh@lvlaw.com

Cary Ichter, Esq.
Georgia Bar No. 382515 (Admitted *Pro Hac Vice*)
James W. Hawkins, Esq.
Georgia Bar No. 338767 (Admitted *Pro Hac Vice*)
**ICHTER DAVIS, LLC**
400 Interstate North Pkwy SE, Suite 860
Atlanta, Georgia 30339
Telephone: (404) 869-7600
cichter@ichterdavis.com
jhawkins@ichterdavis.com

*Attorneys for Plaintiff Taika Blaier*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| TAIKA BLAIER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DARRYL CUTTELL,<br><br>　　　　Defendant. | Case No.: 2:23-CV-01694-ART-BNW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by and through the undersigned counsel, hereby file this stipulation of dismissal with prejudice of all claims.

IT IS SO STIPULATED this 14th day of June, 2024.

| **ICHTER DAVIS, LLC** | **LIPSON NEILSON P.C.** |
|---|---|
| By: */s/Cary Ichter*<br>　　Cary Ichter (Admitted *Pro Hac Vice*)<br>　　Georgia Bar No. 382515<br>　　James W. Hawkins (Admitted *Pro Hac Vice*)<br>　　Georgia Bar No. 338767<br>　　400 Interstate North Pkwy SE | By: /s/ Lisa J. Zastrow<br>　　Joseph P. Garin<br>　　Nevada Bar No. 6653<br>　　Lisa J. Zastrow<br>　　Nevada Bar No. 9727<br>　　9900 Covington Cross Drive<br>　　Suite 120 |

| | |
|---|---|
| Suite 860<br>Atlanta, Georgia 30339<br>Telephone: (404) 869-7600<br>Fax: (404) 602-0037<br>cichter@ichterdavis.com<br>jhawkins@ichterdavis.com<br><br>-and-<br><br>**THE LAW OFFICES OF HAYES & WELSH**<br>Martin L. Welsh<br>Nevada Bar No. 8720<br>199 N. Arroyo Grande Blvd.<br>Suite 200<br>Henderson, Nevada 89074<br>(702) 960-4006 (direct)<br>(702) 434-3444 (office)<br>(702) 434-3739 (fax)<br>mwelsh@lvlaw.com<br><br>*Attorneys for Plaintiff Taika Blaier* | Las Vegas, Nevada 89144<br>Telephone: (702) 382-1500<br>Fax: (702) 382-1512<br>jgarin@lipsonneilson.com<br>lzastrow@lipsonneilson.com<br><br>-and-<br><br>**STATMAN HARRIS, LLC**<br>Alan J. Statman (*Pro Hac Vice Admission pending*)<br>Ohio Bar No. 0012045<br>William B. Fecher (*Pro Hac Vice Admission pending*)<br>Ohio Bar No.<br>35 East 7th Street<br>Suite 315<br>Cincinnati, Ohio 45202<br>Telephone: (513) 587-4446<br>ajstatman@stmanharris.com<br>wbfecher@statmanharris.com<br><br>*Attorneys for Defendant Darryl Cuttell* |

DATED this 14th day of June 2024.

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that on June 14, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of filing and a copy of same to counsel for the Defendant.

/s/ Cary Ichter<br>
**CARY ICHTER**<br>
Georgia Bar No. 382515